UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE FRANCIS VERTZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-00560 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

On February 27, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court find that the habeas petition is successive and that this Court lacks jurisdiction to address the merits of petitioner's claims; and recommended in the alternative, that the habeas petition should be dismissed as time barred.  A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing.  The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable.  Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.

Accordingly, the Court find that the habeas petition is successive and that this Court lacks jurisdiction to address the merits of petitioner's claims.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 24th day of May, 2007.

_____
Janis Graham Jack
United States District Judge